PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Nashaun Roberts  Cr.: 11-00595-001
PACTS #: 63001

Name of Sentencing Judicial Officer:  THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/17/2012

Original Offense:  Felon in Possession of a Firearm

Original Sentence: Imprisonment – 85 Months; Supervised Release – 3 Years

Special Conditions: Special Assessment, Forfeiture, Alcohol/Drug Testing and Treatment, Prohibitions on Gang/Criminal Associations, Mental Health Treatment

Type of Supervision: Supervised Release  Date Supervision Commenced: 11/26/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number  Nature of Noncompliance

1  The offender has violated the special supervision condition which states 'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

On May 22, 2019, the undersigned officer administered an instant drug screen urinalysis, which yielded a positive result for alcohol. The offender then admitted to consuming a wine cooler on May 20, 2019.

U.S. Probation Officer Action:

After administering the instant drug screen and reviewing the positive result, the undersigned officer questioned the offender's possible use of alcohol, to which, to the offender's credit, he admitted to drinking a wine cooler two days prior. The undersigned officer provided a verbal reprimand to the offender and made it clear that the use of alcohol or any other substances cannot continue.

The U.S. Probation Office will continue to monitor the offender's compliance with the conditions of supervision and will advise the Court if noncompliance continues. No Court action is recommended at this time; however, by Your Honor's response and signature below, we shall provide this document to the offender to serve as an Official Judicial Letter of Reprimand.

Respectfully submitted,

By: Carly T. Schultz
U.S. Probation Officer
Date: 05/29/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Court Action at This Time – Document to Serve as an Official Judicial Letter of Reprimand (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.

_____
June 3, 2019
Date